## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DONALD BRENNAN, JR ,**

        **Plaintiff,**

**v.**                           **Case No: 6:24-cv-195-PGB-EJK**

**COUNTY OF BREVARD
FLORIDA, BRADLEY
HACKETT, WAYNE IVEY and
BREVARD COUNTY SHERIFF'S
OFFICE,**

        **Defendants.**

_____/

## ORDER

This case is before the Court upon periodic review. On June 10, 2024, the Court entered an Order directing Plaintiff to "reserve a conference date and . . . file a Notice with the Court within 14 days of this Order advising of the [mediation] date." (Doc. 21). Defendants responded on June 24, 2024, with only the name of the mediator and not the mediation date. (Doc. 27). Accordingly, on July 1, 2024, the Court entered an Order to Show Cause directing Plaintiff to provide the mediation date. (Doc. 28). Ultimately, on July 13, 2024, Plaintiff responded, but failed to provide a mediation date. (Doc. 29). Thus, on July 31, 2024, the Court entered another Order to Show Cause directing Plaintiff to file a notice of the mediation date. (Doc. 31). On August 13, 2024, Plaintiff responded but, again, did not provide a mediation date. (Doc. 32). As a result, on August 22, 2024, the Court entered another Order directing Plaintiff to file a notice of the mediation date by

August 29, 2024. (Doc. 33). Plaintiff was warned that failure to timely comply with the Order may result in dismissal of the case without further notice. Plaintiff has still not provided a notice of the mediation date, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 30, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties